DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: robert.leach@usdoj.gov

Attorneys for United States of America

**FILED**

Oct 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-418 YGR |
| Plaintiff, | |
| v. | UNITED STATES' APPLICATION TO UNSEAL AND [PROPOSED] ORDER |
| ARTEM EDUARDOVICH CHEPELEV, | |
| Defendant. | |

**APPLICATION**

On or about September 5, 2019, the Court issued a Sealing Order directing the Clerk of the Court to file and maintain under seal the Indictment and the Arrest Warrant in this matter. Because the reasons for maintaining the Indictment and Arrest Warrant no longer apply, the government respectfully requests that the Indictment and Arrest Warrant be unsealed.

DATED: October 23, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ROBERT S. LEACH
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the application of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant, and any related documents, in this matter be unsealed.

DATED: October 27, 2020

YVONNE GONZALEZ ROGERS
United States District Judge